IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Mario Davis, ) | |
| ) | |
| Plaintiff, ) | Case No: 3:17 CV 50120 |
| ) | |
| v. ) | |
| ) | Judge: Iain D. Johnston |
| United States of America, ) | |
| Defendant. ) | |

## ORDER, REPORT AND RECOMMENDATION

      Status hearing held on 5/11/2018. Plaintiff fails to appear after he was ordered to appear on 3/8/2018 (Dkt. 28). The plaintiff also failed to appear at the hearing on 3/8/2018 when his attorney moved to withdraw. Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection must be filed by 5/29/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: 5/14/2018                                                                     /s/ Iain D. Johnston
                                                                                                 U.S. Magistrate Judge